## Margaret A. Jankovich, Appellee, v. John A. Lajevich, Appellant.

Gen. No. 43,076.

opinion filed October 23, 1944; released for publication November 6, 1944. Herbert E. Bradley, for appellant; Alois Mavric, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.